UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>FIDELITY AND DEPOSIT INSURANCE COMPANY OF MARYLAND,<br><br>　　　　　　　　Defendant. | CASE NO. 3:23-cv-05032-DGE<br><br>ORDER DISMISSING CASE |

On February 10, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i).  (Dkt. No. 6.)  Accordingly, this case is DISMISSED without prejudice.

Dated this 10th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING CASE - 1